BEFORE THE THIRD DIVISION, AUGUST 11, 1958

**No. 62281.**—J. J. Boll *v.* United States, protest 323844–K (New York).

Opinion by JOHNSON, J. Since it appeared from the stipulation that duty was assessed because of failure to fully comply with the regulations, in that the certificate of outward manifest was not filed and that the collector waived the

production of same (Customs Regulations, section 10.1 (*a*) (3)), the claim of the plaintiff was sustained. Abstract 53865 followed.